**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **IN RE UNITED STATES PROBATION OFFICERS' PERSONAL INFORMATION** | **Misc. No. 26-MC-19-JFH** |

**ORDER**

This Court has appointed United States Probation Officers to serve within the Northern District of Oklahoma pursuant to 18 U.S.C. § 3602(a). United States Probation Officers are full-time law enforcement officers employed by the federal government and meet the statutory definition of "peace officers" set forth in 21 Okla. Stat. § 99. Based on the nature of their duties and the inherent risks associated with the responsibilities of United States Probation Officers, protection from the public disclosure of their personal identifying information is necessary to protect their safety and the safety of their families.

IT IS THEREFORE ORDERED that, pursuant to 68 Okla. Stat. § 2899.1, upon receipt of this Order and the required sworn affidavit by a United States Probation Officer for the Northern District of Oklahoma attesting to said employment, the county assessor for the Oklahoma county where the officer resides shall maintain all personal information of the officer in a confidential manner and shall not post such confidential information on the internet. The information shall not be disclosed to anyone not specifically authorized by law to view the information, unless disclosure is specifically authorized in writing by the officer or this Court.

Dated this 11th day of September, 2026.

JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE